# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Kevin Richardson, | Case No.: 2:22-cv-01887-JAD-VCF |
| Petitioner | |
| v. | **Order Striking Motions in Closed Case** |
| Kyle Olson, | ECF Nos. 16, 17, 18 |
| Respondents | |

This case was dismissed and closed more than a year ago.[1] Petitioner Kevin Richardson has now filed a motion to issue summons and subpoenas, motion to enforce settlement, and motion for order to show cause.[2] I previously warned Richardson that "[h]e may not file any more documents in this dismissed and closed case" and that "[a]ny future document filed in this dismissed and closed case [would] be struck."[3] Because Richardson has violated the court's ban on filing documents in this case, IT IS ORDERED that these motions **[ECF Nos. 16, 17, 18] are STRUCK.**

_____
U.S. District Judge Jennifer A. Dorsey
July 15, 2024

---

[1] ECF No. 9.
[2] ECF Nos. 16, 17, 18.
[3] ECF No. 15.