# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Kevin Richardson,

     Petitioner

v.

Kyle Olson,

     Respondent

Case No.: 2:22-cv-01887-JAD-VCF

**Order Striking Motion in Closed Case**

ECF No. 22

This case was dismissed and closed more than a year ago.[1]  Petitioner Kevin Richardson has now filed a motion for release.[2]  I previously warned Richardson that "[h]e may not file any more documents in this dismissed and closed case" and that "[a]ny future document filed in this dismissed and closed case [would] be struck."[3]  Because Richardson has defied this ban on filing documents in this case, and the status of this case precludes him from getting the relief he seeks, IT IS ORDERED that this motion **[ECF No. 22] is STRUCK.**

_____
U.S. District Judge Jennifer A. Dorsey
September 18, 2024

---

[1] ECF No. 9.

[2] ECF No. 22.

[3] ECF No. 15.